U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 3 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARTIN AYO** | : | **DOCKET NO. 2:07-cv-914** |
| **VS.** | : | **JUDGE MINALDI** |
| **WARDEN, FDC-OAKDALE, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this petition be **DENIED AND DISMISSED without prejudice**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _29_ day of ___Oct___, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE